IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROYCE RITCHESON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 24-cv-1856-RJD[1] |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**DALY, Magistrate Judge:**

This matter comes before the Court on the parties' Joint Motion to Award Attorney Fees and Expenses (Doc. 23). The parties agree and stipulate to an award of attorney fees and expenses in the amount of $3,775 (THREE-THOUSAND, SEVEN-HUNDRED, AND SEVENTY-FIVE DOLLARS). (*Id.*).

The Court finds that Plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(B). The Court further finds that the amount sought is reasonable and appropriate. Therefore, the Joint Motion to Award Attorney Fees and Expenses (Doc. 23) is **GRANTED**. Plaintiff is awarded $3,775 (THREE-THOUSAND, SEVEN-HUNDRED, AND SEVENTY-FIVE DOLLARS) for attorney fees and expenses in full satisfaction of any and all claims that may be payable to Plaintiff in this matter under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c). (Doc. 10).

Any fees paid belong to Plaintiff and not his attorney and can be offset to satisfy any pre-existing debt that Plaintiff owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to offset, Defendant will direct that the award be made payable to Joseph Frydman pursuant to the EAJA assignment duly signed by Plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record:

Joseph Frydman, Esq.
Frydman Law LLC
1700 Reisterstown Road
Suite 202
Baltimore, Maryland 21208

**IT IS SO ORDERED.**

**DATED: March 4, 2025**

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**